IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TRACEY HARRIS COOMER, <br> TDCJ-CID No. 01473063, <br><br> Plaintiff, <br><br> v. <br><br> JOHN BENNETT, *et al.*, <br><br> Defendants. | 2:18-CV-165-Z-BR |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge ("FCR") (ECF No. 84). The FCR recommends dismissing Defendant Brian Norkiewicz from this action, without prejudice, for failure to effect service. *Id.* at 2. Plaintiff filed no objections. After review, the Court **FINDS** that the FCR is correct. It is therefore **ORDERED** that the FCR is **ADOPTED** and Defendant Brian Norkiewicz is **DISMISSED** without prejudice as a defendant.

**SO ORDERED.**

November 12, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE