IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TRACEY HARRIS COOMER,

    Plaintiff,

v.                                            2:18-CV-165-Z-BR

WARNER B. MASSEY, *et al.*,

    Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss Defendants Jane Doe #I-0273, Texas Tech University Health Care Center Board, and TDCJ Health Service Division for failure to serve pursuant to FED. R. CIV. P. 4(m). No objections to the findings, conclusions, and recommendation have been filed.

After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. ECF No. 85. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and Defendants Jane Doe #I-0273, Texas Tech University Health Care Center Board, and TDCJ Health Service Division are hereby **DISMISSED** without prejudice for failure to serve.

**SO ORDERED**.

December 2, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE