IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TRACEY HARRIS COOMER,

      Plaintiff,

v.                                                                    2:18-CV-165-Z-BR

WARNER B. MASSEY, *et al.*,

      Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to grant the Motion for Summary Judgment filed by Defendants Norvel Arnold, John Bennett, Lorie Davis, Charles Hufford, Benjamin Leeah, Dennis Markgraf, Charlana Melton, Sara Tenorio, Texas Department of Criminal Justice, and Texas Tech University Health Science Center. No objections to the findings, conclusions, and recommendation have been filed.

After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. ECF No. 86. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and Defendants' Motion for Summary Judgment is **GRANTED**.

**SO ORDERED**.

December 2, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE