IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TRACEY HARRIS COOMER, | |
| Plaintiff, | |
| v. | 2:18-CV-165-Z-BR |
| WARNER B. MASSEY, *et al.*, | |
| Defendants. | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss Defendants Jane Doe #I-0273, John Doe (Montford Medical Operating Doctor), and John/Jane Doe – TT Medical Administrator (collectively, "Defendants") for failure to serve pursuant to Federal Rule of Civil Procedure 4(m). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. ECF No. 94. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and Defendants are **DISMISSED**.

**SO ORDERED.**

March 12, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE